# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO ORTEGA-MORENO,<br><br>                    Petitioner,<br><br>      v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>                    Respondent. | Civil No.  07cv1419-JM (BLM)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a Department of Homeland Security detainee proceeding pro se, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, along with a request to proceed in forma pauperis. The filing fee associated with this type of action is $5.00. See 28 U.S.C. § 1914(a).

Based upon a review of the financial information submitted in support of the motion to proceed in forma pauperis, it appears Petitioner can pay the requisite filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice; Petitioner may submit a copy of this order along with the requisite fee no later than April 25, 2008, to have the case reopened.

**IT IS SO ORDERED.**

DATED: February 25, 2008

                                                                Hon. Jeffrey T. Miller
                                                                United States District Judge